**Dwayne Dion BACON, Plaintiff—Appellant,**

v.

**Mr. WRIGHT; Mrs. Morton, Defendants—Appellees.**

No. 06–7866.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 8, 2007.

Decided: Aug. 29, 2007.

Dwayne Dion Bacon, Appellant Pro Se. Carol Saffran Brinks, Howard County Of-

---

* Barner did not reserve the right to appeal the denial of these motions in his plea agreement.

fice of Law, Ellicott City, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Dion Bacon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bacon v. Wright*, Nos. 8:06-cv-01678-AW; 8:06-cv-01679-AW (D. Md. filed Oct. 16, 2006 & entered Oct. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*